IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:15cr264 |
| ) | |
| EDWIN KEITH McMEANS, ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on September 9, 2015, Defendant Edwin Keith McMeans pled guilty to a one-count criminal information charging the defendant with conspiracy to commit wire fraud and major government fraud, in violation of Title 18 United States Code, Section 371, and pursuant to the defendant's plea, the defendant agreed to forfeit all of the defendant's interests in the property that is the subject of this order of forfeiture, and to the entry of an order of forfeiture concerning such property;

AND WHEREAS, the defendant agrees to waive the provisions of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2(a), 32.2(b)(4) and 43(a) with respect to discussion of forfeiture at the plea colloquy, notice of forfeiture in the charging instrument, and announcement of the forfeiture at sentencing and incorporation of the forfeiture in the judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The defendant forfeits to the United States the sum of $322,800.59 in the form of a money judgment representing the proceeds that the defendant obtained from the violation to

which the defendant pled guilty, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2).

2. This forfeiture order is final as to the defendant, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A).

3. The United States may take steps to collect said judgment by all available means, including but not limited to the forfeiture of property that is traceable to the proceeds of the offense or the forfeiture of property that is a substitute therefor.

4. Payments remitted in satisfaction of said judgment shall be made payable to the U.S. Customs and Border Protection and sent to Forfeiture Attorney, U.S. Attorney's Office, Eastern District of Virginia, Justin W. Williams U.S. Attorney's Building, 2100 Jamieson Ave., Alexandria, VA 22314.

Date: December 18, 2015
Alexandria, Virginia

Anthony J. Trenga
United States District Judge

WE ASK FOR THIS:

For the United States of America, plaintiff

Dana J. Boente
United States Attorney

By: _____
Kosta S. Stojilkovic
Assistant United States Attorney

For Edwin Keith McMeans, defendant

_____
EDWIN KEITH McMEANS
Defendant

_____
James Hundley, Esq.
Counsel for the Defendant